IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAYMOND D. ANDERSON,**
**ADC #005742**                                                                                          **PLAINTIFF**

v.                              Case No. 4:13-cv-150 KGB

**STATE OF ARKANSAS JUDICIARY SYSTEM**                               **DEFENDANT**

### JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice and judgment is entered in favor of defendant. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 6th day of May, 2013.

_____
Kristine G. Baker
United States District Judge